**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00017-CV

**JAMES DAVID HORTON AND ROBBIE LESA HORTON, Appellants**

**V.**

**BROOKE DAVES, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11551**

## ORDER

We **GRANT** appellants' March 2, 2015 motion to extend time to file brief and **ORDER**

the brief tendered to the Court on March 2, 2015 filed as of the date of this order. Appellants'

February 18, 2015 extension motion is **DENIED** as moot. Appellee shall file her brief no later

than April 15, 2015.

/s/  CRAIG STODDART
    JUSTICE